# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMA DELONEY, individually and as successor-in-interest to Decedent JOHN MAYBERRY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-01336-LJO-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT ROY VINTON ON THE DOCKET**<br><br>(ECF No. 25) |

On May 7, 2018, the parties filed a stipulation to dismiss the claims against Defendant Roy Vinton. (ECF No. 25). Thus, the claims against Defendant Roy Vinton have been dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Roy Vinton on the docket.

IT IS SO ORDERED.

Dated: **May 8, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE