1  James D. Weakley, Esq.  Bar No. 082853
   Ashley N. Torres, Esq.    Bar No. 312120
2
            WEAKLEY & ARENDT
3         A Professional Corporation
          5200 N. Palm Ave., Suite 211
4          Fresno, California 93704
          Telephone:  (559) 221-5256
5         Facsimile:  (559) 221-5262
             Jim@walaw-fresno.com
6          Ashley@walaw-fresno.com

7  Attorneys for Defendants, County of Fresno, Lieutenant Kefer McCoy, Officer Aram Yousif,
   Officer Ruben Canel, and Officer Raymundo Ramos
8

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMA DELONEY, | CASE NO. 1:17-cv-01336-LJO-EPG |
| Plaintiffs, | **STIPULATION TO RESCHEDULE MID-DISCOVERY CONFERENCE; ORDER** |
| vs. | |
| COUNTY OF FRESNO, ET AL., | Complaint Filed:  October 4, 2017 |
| Defendants. | Trial Date:  March 3, 2020 |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for their respective parties that the Mid-discovery Conference be rescheduled from November 19, 2018 to December 17, 2018. Plaintiff's counsel has been in trial and November 14, 2018 was the first opportunity Parties had to discuss scheduling of the depositions of Plaintiff and the correctional officers. In addition, Plaintiff's counsel will be serving the Second Amended Complaint on Corizon employees, including Marty Whitecotton.

The Mid-discovery Conference is currently scheduled for November 19, 2018 at 10:00 a.m. at the United States Courthouse located at 2500 Tulare Street, Fresno, CA 93721 before Magistrate Judge Erica P. Grosjean and would be continued out 30 days to December 17, 2018 at 10:00 a.m. at the United States Courthouse located at 2500 Tulare Street, Fresno, CA 93721 before Magistrate Judge Erica P. Grosjean.  Good cause exists to reschedule the Mid-Discovery

Conference because Parties will be in a position to provide better information at the continued conference.

It is further stipulated that the parties' Joint Report will be electronically filed seven days prior to the new scheduling conference date, and will be emailed in Word format to epgorders@caed.uscourts.gov.

DATED: November 14, 2018                    WEAKLEY & ARENDT
                                            A Professional Corporation

                                       By:  */s/ James D. Weakley*
                                            JAMES D. WEAKLEY
                                            ASHLEY N. TORRES
                                            Attorneys for Defendants, COUNTY OF
                                            FRESNO, LIEUTENANT KEFER MCCOY,
                                            OFFICER ARAM YOUSIF,
                                            OFFICER RUBEN CANEL and OFFICER
                                            RAYMUNDO RAMOS

DATED: November 14, 2018                    LAW OFFICES OF JOHN L. BURRIS

                                       By:  */s/ James Cook*    (As Authorized on 11/14/18)
                                            JAMES COOK
                                            JOHN L. BURRIS
                                            BENJAMIN NISENBAUM
                                            Attorneys for WILMA DELONEY, Individually
                                            and as successor-in-interest to JOHN
                                            MAYBERRY

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation to Reschedule Mid-discovery
Conference; [Proposed] Order
2

**ORDER**

The Mid-Discovery Conference currently set to be heard on November 19, 2018, at 10:00 a.m. at the United States Courthouse located at 2500 Tulare Street, Fresno, CA 93721 before Magistrate Judge Erica P. Grosjean is continued to December 17, 2018 at 10:00 a.m. The parties' Joint Report shall be filed with the Court seven days prior to the newly assigned hearing date.

IT IS SO ORDERED.

Dated: **November 14, 2018**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Stipulation to Reschedule Mid-discovery
Conference; [Proposed] Order

3