UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMA DELONEY, *Successor in Interest to Decedent John Mayberry*,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-01336-LJO-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS GARCIA, KRIKORIAN, SANTOS, TROW, WHITECOTTON, AND VANG aka YANG<br><br>(ECF No. 85) |

Plaintiff, Wilma Deloney, and Defendants have filed a stipulation to dismiss without prejudice all claims against Defendants Garcia, Krikorian, Santos, Trow, Whitecotton, and Vang aka Yang. (ECF No. 85.) Pursuant to the stipulation, the case against Defendants Garcia, Krikorian, Santos, Trow, Whitecotton, and Vang aka Yang has ended and the case is dismissed without prejudice only as to Defendants Garcia, Krikorian, Santos, Trow, Whitecotton, and Vang aka Yang. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

Dated:  __**October 24, 2019**__            __/s/ Erica P. Grosjean__

UNITED STATES MAGISTRATE JUDGE