UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMA DELONEY, | Case No. 1:17-cv-01336-NONE-EPG |
| Plaintiff, | ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| v. | |
| COUNTY OF FRESNO, et al., | (ECF No. 90) |
| Defendants. | |

Plaintiff, Wilma Deloney, and Defendants, through their respective counsel, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 90). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __**February 3, 2020**__          _____/s/ Erica P. Grosjean_____
                                          UNITED STATES MAGISTRATE JUDGE